KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
BART E. HIGHTOWER, State Bar No. 207189
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-5481
 Fax:  (916) 324-5567
 E-mail:  Bart.Hightower@doj.ca.gov
*Attorneys for Defendants*

*Employment Litigation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERCEDES PADILLA,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DAN VALDEZ; ERIN BROCK; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 TO 25.,** <br><br> Defendants. | 2:15-CV-02509-JAM-CKD <br><br> **DECLARATION OF SERVICE** <br><br><br> Action Filed:   November 13, 2015 |

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence

1

1  placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States

2  Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

3      On December 2, 2015, I served the below listed documents:

4      1.    Order Requiring Joint Status Report;

5      2.    Order Re Filing Requirements for Cases Assigned to Judge Mendez;

6      3.    Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions; and

7      4.    Notice of Availability Voluntary Dispute Resolution

8  by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the

9  Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Daniel L. Mitchell
Law Offices of Daniel L. Mitchell
1151 Harbor Bay Parkway, Suite 121
Alameda, CA 94502
Attorneys for Plaintiff

14      I declare under penalty of perjury under the laws of the State of California the foregoing is

15  true and correct and that this declaration was executed on December 2, 2015, at Sacramento,

16  California.

| Julie Hutcherson | /s/ Julie A. Hutcherson |
|---|---|
| Declarant | Signature |

SA2015105940
32304961.doc