
KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
BART E. HIGHTOWER, State Bar No. 207189
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5481
 Fax: (916) 324-5567
 E-mail: Bart.Hightower@doj.ca.gov
*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PADILLA,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DAN VALDEZ; ERIN BROCK; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 TO 25.,<br><br>                      Defendants. | 2:15-CV-02509-JAM-CKD<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**<br><br>[Fed. Rule of Civ. P. 8, 12(b)(1), 12(b)(6) 12(e)]<br><br>Date: January 26, 2016<br>Time: 1:30 P.M.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: TBA<br>Action Filed: November 13, 2015 |

**TO PLAINTIFF MERCEDES PADILLA AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants State of California, California Department of Corrections and Rehabilitation (CDCR), Department of Youth Authority, and Division of Juvenile Justice, have set a motion to dismiss or, alternatively, for a more definite statement, for

1

hearing on January 26, 2016 at 1:30 p.m., or as soon thereafter as the matter may be heard in courtroom 6 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814

The motion is brought on the following grounds:

(1) The court should dismiss the claims for relief one, two, three, four, five, six, seven and eight as against the State of California because the Complaint does not contain factual allegations against the State;

(2) The court should dismiss claims for relief two, four and five as against the individual Defendants Dan Valdez, Erin Brock and Donnie Alexander because, pursuant to Government Code § 12940 *et. seq.*, they cannot be individually liable for discrimination or for retaliation;

(3) The court should dismiss claims for relief two, three, four and five because Plaintiff fails to allege exhaustion of administrative remedies as required by California Government Code sections 12960 and 12965, and Title VII;

(4) The court should dismiss claims for relief one, six, seven and eight because Plaintiff failed to plead facts establishing that she file a tort claim with the pertinent government entity within six (6) months of the date of injury for which she seeks to recover as required by California Government Code section 911.2; and

(5) The court should dismiss claims for relief one, six, seven and eight because Plaintiff failed to plead facts establishing that she file the instant lawsuit within six (6) months of the date that the notice or rejection of claim was served on her or deposited in the mail on or about September 26, 2014 as required by California Government Code section 945.6.

This motion is made following the conference of counsel pursuant to the Court's standing order which took place on December 4, 2015.

The motion is based upon this notice of motion and motion, the memorandum of points and authorities filed in support of the motion, the declaration of Bart E. Hightower filed in support of the motion, the request for judicial notice filed in support of the motion, all documentary, exemplary and testimonial evidence in this proceeding, and upon such arguments as may be presented at the hearing.

| | |
|---|---|
| Dated:  December 28, 2015 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>DAVID J. NEILL<br>Supervising Deputy Attorney General |
| | /S/_BART E. HIGHTOWER____<br>BART E. HIGHTOWER<br>Deputy Attorney General<br>*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice Employment Litigation* |

SA2015105940
32304454.doc