KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
BART E. HIGHTOWER, State Bar No. 207189
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-5481
  Fax: (916) 324-5567
  E-mail: Bart.Hightower@doj.ca.gov
*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PADILLA,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DAN VALDEZ; ERIN BROCK; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 TO 25.,<br><br>                        Defendants. | 2:15-CV-02509-JAM-CKD<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**[Fed. Rule of Civ. P. 8, 12(b)(1), 12(b)(6)]**<br><br>Date: May 3, 2016<br>Time: 1:30 P.M.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: June 12, 2017<br>Action Filed: November 13, 2015 |

**TO PLAINTIFF MERCEDES PADILLA AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants State of California, California Department of

Corrections and Rehabilitation (CDCR), Department of Youth Authority, and Division of

Juvenile Justice, have set a motion to dismiss for hearing on May 3, 2016, at 1:30 p.m., or as soon

1

thereafter as the matter may be heard in courtroom 6 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814.

On February 18, 2016, the court issues its order denying in part and granting in part Defendants' Motion to Dismiss and ordering that,

> Padilla's amended complaint must be filed within twenty (20) days from the date of this order.  Defendants' responsive pleadings are due within twenty (20) days thereafter.  The court advises that failure to cure the defects identified in this Order may be grounds for dismissal without further leave to amend.  *Dick v. Am. Home Mortgage Servicing, Inc.,* CIV. 2:13-00201 WBS, 2013 WL 5299180, at *6 (E.D. Cal. 2013).

This Motion to Dismiss is brought on the following grounds:

(1) Plaintiff has not timely filed an amended complaint that cures the defects of the original Complaint as required by the court's February 18, 2016 order, (*Dick v. Am. Home Mortgage Servicing, Inc.*, CIV. 2:13-00201 WBS 2013 WL 5299180, at *6 (E.D. Cal.2013.);

(2) The court lacks subject matter jurisdiction over the first, second, third, fourth, fifth, sixth, seventh, and eight claims for relief in the Complaint because Plaintiff as refused to comply with the court's February 18, 2016 order; and

(3) Plaintiff's claims for relief two, three, five and six should be dismissed as to all Defendants in as far as those claims for relief are based upon 42 U.S.C. section 1981 because as a matter of law Plaintiff's employment with Defendants was by statute and not by contract.

This motion is made following the conference of counsel pursuant to the Court's standing order which took place on December 4, 2015.

The motion is based upon this notice of motion and motion, the memorandum of points and authorities filed in support of the motion, the declaration of Bart E. Hightower filed in support of the motion, the request for judicial notice filed in support of the motion, all documentary, exemplary and testimonial evidence in this proceeding, and upon such arguments as may be presented at the hearing.

| | |
|---|---|
| Dated:  March 21, 2016 | Respectfully submitted,<br><br>KAMALA D. HARRIS<br>Attorney General of California<br>DAVID J. NEILL<br>Supervising Deputy Attorney General<br><br><br>/S/_BART E. HIGHTOWER____<br>BART E. HIGHTOWER<br>Deputy Attorney General<br>*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice* |

SA2015105940
12179463.doc