KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
BART E. HIGHTOWER, State Bar No. 207189
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5481
 Fax: (916) 324-5567
 E-mail: Bart.Hightower@doj.ca.gov
*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PADILLA,<br><br>                             Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DAN VALDEZ; ERIN BROCK; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 TO 25.,<br><br>                             Defendants. | 2:15-CV-02509-JAM-CKD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**<br><br>[Fed. Rule of Evid. Rule 201(b)]<br><br>Date: May 3, 2016<br>Time: 1:30 P.M.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: June 12, 2017<br>Action Filed: November 13, 2015 |

A court may take judicial notice of facts "not subject to reasonable dispute" because they are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. (*Turnacliff v. Westly*, 546 F.3d 1113, 1120 n.5 (9th Cir. 2008).) Pursuant to Rule

1

201 subd. (b) of the Federal Rules of Evidence, Defendants respectfully request that the court take judicial notice of the following documents filed in support of Defendants' Motion to Dismiss:

1. Plaintiff's original Complaint filed November 13, 2015, in San Joaquin County Superior Court, and removed to this court by Defendants. A true and correct copy of the Complaint was filed with Defendants' Motion to Dismiss on December 29, 2016, and is filed herein as Exhibit A to the supporting declaration of attorney Bart E. Hightower;

2. This Court's Order Denying in Part and Granting in Part Defendants' Motion to Dismiss issued February 18, 2016. A true and correct copy of the court's order is filed herein as Exhibit B to the supporting declaration of attorney Bart E. Hightower; and

3. The March 5, 2016 correspondence from defense attorney Bart E. Hightower to Plaintiff's counsel Daniel L. Mitchell. A true and correct copy of the correspondence is filed herein as Exhibit C to the supporting declaration of attorney Bart E. Hightower.

Dated: March 21, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID J. NEILL
Supervising Deputy Attorney General

/S/  BART E. HIGHTOWER
BART E. HIGHTOWER
Deputy Attorney General
*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice*

SA2015105940
Request for Judicial Notice ISO Defendants' Motion to Dismiss.doc