UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PADILLA,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DAN VALDEZ; ERIN BROCK; DONNIE ALEXANDER; DOE 1; DOE 2; DOE 3; DOE 4; DOES 5-25,<br><br>  Defendants. | No.  2:15-cv-02509-JAM-CKD<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS |

Plaintiff Mercedes Padilla ("Padilla") brought eight causes of action against defendants State of California, California Department of Youth Authority, California Division of Juvenile Justice, and California Department of Corrections and Rehabilitation (collectively "Entity Defendants"); and Dan Valdez, Erin Brock, and Donnie Alexander (collectively "Individual Defendants").  Defendants filed a second motion to dismiss pursuant to Rule 12(b)(1) and 12(b)(6) (Doc. #12).  The Court held a hearing on this motion on May 3, 2016.  For the reasons stated on the record at the hearing, the Court grants in

1

part and denies in part the motion as follows:

1. The Court grants with prejudice the motion to dismiss any FEHA and Title VII claims purportedly brought in the second, third, fourth, fifth, and sixth causes of action against all defendants for failure to plead timely compliance with California Government Code Section 12960(d) and 42 U.S.C. section 2000e-5(e)(1).

2. The Court denies the motion to dismiss any Section 1981 claims purportedly brought in the second, third, fourth, and fifth causes of action.

3. The Court grants with prejudice the motion to dismiss the first, sixth, seventh, and eighth causes of action insofar as they are brought against Entity Defendants for failure to plead timely compliance with the California Government Tort Claims Act.

Going forward, the first, seventh, and eighth causes of action against Individual Defendants remain. The section 1981 claims purportedly brought in the second, third, fourth, and fifth causes of action also remain against all defendants. As Plaintiff conceded during the hearing, the sixth cause of action was only brought under FEHA, not Section 1981. As such, the sixth cause of action has been dismissed in its entirety.

IT IS SO ORDERED.

Dated: May 11, 2016          By: _____
                                 JOHN A. MENDEZ
                                 UNITED STATES DISTRICT JUDGE