KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
BART E. HIGHTOWER, State Bar No. 207189
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5481
 Fax: (916) 324-5567
 E-mail: Bart.Hightower@doj.ca.gov
*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice, Dan Valdez, Erin Brock and Donnie Alexander*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERCEDES PADILLA,** | 2:15-CV-02509-JAM-CKD |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | [Fed. Rule of Civ. P. 8, 12(C)] |
| **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DAN VALDEZ; ERIN BROCK; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 TO 25.,** | Date: August 9, 2016<br>Time: 1:30 P.M.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: June 12, 2017<br>Action Filed: November 13, 2015 |
| Defendants. | |

**TO PLAINTIFF MERCEDES PADILLA AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants State of California, California Department of Corrections and Rehabilitation (CDCR), Department of Youth Authority, and Division of Juvenile Justice, have set a motion for judgment on the pleadings for hearing on August, 2016, at

1

1:30 p.m., or as soon thereafter as the matter may be heard in courtroom 6 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814.

This Motion for Judgment on the Pleadings is brought on the following grounds:

(1)  The section 1981 claims in plaintiff's second, third, fourth and fifth causes of action should be dismissed as to all defendants because state employment is held by statute and not by contract;

(2)  The first, seventh and eighth causes of action for common law claims should be dismissed because they do not impose liability upon public entities or their employees; and

(3)  The seventh and eighth causes of action for common law claims should be dismissed because they are barred by the exclusive remedy of Workers' Compensation.

The motion is based upon this notice of motion and motion, the memorandum of points and authorities filed in support of the motion, the declaration of Bart E. Hightower filed in support of the motion, the request for judicial notice filed in support of the motion, all documentary, exemplary and testimonial evidence in this proceeding, and upon such arguments as may be presented at the hearing.

Dated:  July 12, 2016 

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID J. NEILL
Supervising Deputy Attorney General

/S/  BART E. HIGHTOWER
BART E. HIGHTOWER
Deputy Attorney General
*Attorneys for Defendants State of California, Department of Corrections and Rehabilitation, Department of Youth Authority, Division of Juvenile Justice, Dan Valdez, Erin Brock and Donnie Alexander*

SA2015105940
Notice of Motion.doc