UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PADILLA, | No. 2:15-cv-2509 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pending before the court is defendants' motion to compel attendance of plaintiff at deposition. Because oral argument is not of material assistance, this matter is submitted on the briefs.[1] E.D. Cal. L.R. 230(g). Upon review of the documents in support, no opposition having been filed,[2] and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

The deposition of plaintiff was duly noticed by defendants. Pursuant to the request of plaintiff's counsel, the deposition was rescheduled to a date on which plaintiff's counsel indicated plaintiff was available. Plaintiff failed to appear for deposition. Plaintiff's counsel has failed to

---

[1] The discovery cut-off is presently set for January 20, 2017. In order to facilitate the prompt deposition of plaintiff, the court has determined that a hearing on January 4, 2017 will unduly impede proper defense of this action.

[2] The record demonstrates that plaintiff's counsel has refused to meet and confer on this discovery dispute.

1

return phone calls or emails directed to this issue.  Such litigation conduct will not be tolerated by this court.

Defense counsel requests expenses for the court reporter's cost in attending the deposition as well as time spent preparing for the deposition and drafting the motion.  Because some of the time spent preparing for the deposition will necessarily have to be duplicated, the court intends to award ten hours of deposition preparation, and six hours in drafting the instant motion, all at the requested hourly rate of $170 per hour, as well as the $145.50 in court reporter's cost.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of January 4, 2017 on defendants' motion to compel is vacated.

2. Defendants' motion to compel plaintiff's attendance at deposition (ECF No. 26) is granted.  Plaintiff shall submit for deposition at the time and place noticed by defendants, no later than January 6, 2017, absent stipulation of the parties to a later date.  Plaintiff is cautioned that failure to comply with this order may result in a recommendation that the action be dismissed.

3. Opposition, if any, to an award of expenses shall be filed no later than December 14, 2016.  Reply, if any, shall be filed no later than December 21, 2016.  The issue of the award of expenses shall thereafter stand submitted.

Dated:  December 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 padilla2509.sob