UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PADILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DIVISION OF JUVENILE JUSTICE; STATE OF CALIFORNIA; DEPARTMENT OF YOUTH AUTHORITY; DAN VALDEZ; ERIN BROOK; and DONNIE ALEXANDER,<br><br>    Defendants. | No.  2:15-cv-02509-JAM-CKD<br><br>**ORDER** |

The Court recently learned from defense counsel that Plaintiff Mercedes Padilla's attorney, Daniel Mitchell, has died. After receiving Plaintiff's contact information from defense counsel, the Court contacted Padilla to inquire whether she knew her attorney had passed and whether she wanted to continue with this litigation.

Padilla indicated that she knew her attorney had passed and that he died before her deposition. Padilla also indicated that, on December 30, 2016, she spoke with her attorney's investigator.

During that conversation, Padilla learned that her attorney's son had collected client files and that the California State Bar would provide her a list of attorneys. Padilla said she has not received that list from the California State Bar.

The Court orders both parties to meet either in person or via telephone immediately to discuss this case. The case is stayed for 30 days in order to allow Plaintiff time to retain new counsel. If Plaintiff does not find new counsel, she will have to represent herself and the Court will refer her case to the magistrate judge. See E.D. Cal. L.R. 302(c)(21).

Defendants' Motion for Judgment on the Pleadings, ECF No. 23, remains under submission. Defendants' Motion to Modify the Scheduling Order, ECF No. 28, and Motion for Terminating Sanctions, ECF No. 32, have been continued to March 21, 2017 at 1:30PM. The parties are ordered to file a joint status report no later than February 6, 2017.

IT IS SO ORDERED.

Dated: January 3, 2017

/s/ John A. Mendez_____ \_\_\_\_
UNITED STATES DISTRICT COURT JUDGE